Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**  *Check one:*
   ☐ Chapter 7
   ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**  Verdugo Enterprises, LLC

3. **Other names you know the debtor has used in the last 8 years**
   Verdugo Gift Company

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☑ Unknown
   EIN

5. **Debtor's address**

   **Principal place of business**
   Number  Street
   2924 W. Fairmount Avenue

   Phoenix  AZ  85017
   City  State  Zip Code

   Maricopa
   County

   **Mailing address, if different**
   Number  Street

   P.O. Box

   City  State  Zip Code

   **Location of principal assets, if different from principal place of business**

   Number  Street

   City  State  Zip Code

6. **Debtor's website** (URL)  verdugogiftco.com

7. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**  *Check one:*

Debtor _____  Case number *(if known)* _____

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes.  Debtor _____  Relationship _____
District _____  Date filed _____  Case number, if known _____
MM / DD / YYYY

Debtor _____  Relationship _____
District _____  Date filed _____  Case number, if known _____
MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**  *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Mario Medina** | **Loans to Debtor** | $ **174,839** |
| **Rick Ayala** | **Loans to Debtor** | $ **102,260** |
| **Angel Lozada** | **Loans to Debtor** | $ **150,000** |
| | Total of petitioners' claims | $ **427,099** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

| Debtor | | Case number *(if known)* | |

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |

**Name and mailing address of petitioner**

Mario Medina
Name

13438 N. 124th Lane
Number     Street

El Mirage                AZ            85335
City                     State         Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number     Street

City                     State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    04 / 22/ 2017
               MM / DD / YYYY

/s/ Mario Medina
Signature of petitioner or representative, including representative's title

Jonathan P. Ibsen (State Bar No. 023284)
Printed name

Canterbury Law Group, LLP
Firm name, if any

14300 N. Northsight Blvd., Suite 129
Number     Street

City  Scottsdale              State  AZ      Zip Code 85260
Contact phone   (480) 240-0040    Email   jibsen@clgaz.com

Bar number    023284

State         AZ

/s/ Jonathan P. Ibsen (State Bar No. 023284)
Signature of attorney
Date signed    04 / 22/ 2017
               MM / DD / YYYY

Debtor _____   Case number *(if known)* _____

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Name and mailing address of petitioner**
   Ricardo Ayala
Name

   8804 N. 11th Avenue
Number    Street

   Phoenix              AZ        85020
City                      State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                      State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    04 / 22/ 2017
                MM / DD / YYYY

/s/ Ricardo Ayala
Signature of petitioner or representative, including representative's title

   Jonathan P. Ibsen (State Bar No. 023284)
Printed name

   Canterbury Law Group, LLP
Firm name, if any

   14300 N. Northsight Blvd., Suite 129
Number    Street

City  Scottsdale           State  AZ        Zip Code 85260
Contact phone   (480) 240-0040   Email   jibsen@clgaz.com

Bar number   023284

State        AZ

   /s/ Jonathan P. Ibsen (State Bar No. 023284)
Signature of attorney
Date signed   04 / 22/ 2017
                MM / DD / YYYY

Debtor _____ Case number *(if known)* _____

| **Petitioners or Petitioners' Representative** | **Attorneys** |

**Name and mailing address of petitioner**

Angel Lozada
Name

8622 W. Lewis Avenue
Number        Street

Phoenix                    AZ          85037
City                       State       Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number        Street

_____
City           State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    04 / 22 / 2017
               MM / DD / YYYY

/s/ Angel Lozada
Signature of petitioner or representative, including representative's title

Jonathan P. Ibsen (State Bar No. 023284)
Printed name

Canterbury Law Group, LLP
Firm name, if any

14300 N. Northsight Blvd., Suite 129
Number    Street

City  Scottsdale              State  AZ     Zip Code 85260
Contact phone  (480) 240-0040   Email   jibsen@clgaz.com

Bar number   023284

State        AZ

/s/ Jonathan P. Ibsen (State Bar No. 023284)
Signature of attorney

Date signed    04 / 22/ 2017
               MM / DD / YYYY