FORM suminvol
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

Verdugo Enterprises, LLC
aka Verdugo Gift Company
2924 W. Fairmount Avenue
Phoenix, AZ
**SSAN:**
**EIN:**

Debtor(s)

Case No.: 2:17–bk–04370–BKM

Chapter: 11

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

A petition under Title 11, United States Code, was filed against you on 4/22/17 in this Bankruptcy Court, requesting an order for relief under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court a motion or responsive pleading to the petition within 21 days after the service of this summons. Bankruptcy Rule 1011. A copy of the petition is attached.

| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney or if unrepresented, upon the petitioner.

| Name and Address of Petitioner or Petitioner's Attorney | JONATHAN P. IBSEN<br>CANTERBURY LAW GROUP, LLP<br>14300 N NORTHSIGHT BLVD., SUITE 129<br>SCOTTSDALE, AZ 85260 |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.
**Date: April 26, 2017**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:



**George Prentice**