Law Offices of
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
2325 E. Camelback Rd., #300
Phoenix, Arizona 85016
(602) 274-1100
Robert J. Spurlock (009857)
bspurlock@bffb.com
Attorneys for Creditor
Creator's Stained Glass, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| VERDUGO ENTERPRISES, LLC,<br><br>    Debtor. | Chapter 11<br>Case No.: 2:17-bk-04370-BKM<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

NOTICE IS HEREBY GIVEN that Bonnett, Fairbourn, Friedman & Balint, P.C., 2325 E. Camelback Rd., #300, Phoenix, Arizona 85016, represents Creator's Stained Glass, Inc., a creditor of the debtor, and hereby requests copies of all notices and pleadings filed in the above-styled case. In addition, the interested party requests that the name and address of its counsel, as set forth above, be added to the Court's master mailing list maintained in this action.

DATED this 31st day of May, 2017.

                                          BONNETT, FAIRBOURN, FRIEDMAN &
                                          BALINT, P.C.

                                          /s/ R.S. #009857
                                          Robert J. Spurlock
                                          2325 E. Camelback Rd., #300
                                          Phoenix, AZ 85016
                                          (602) 274-11000
                                          *Attorneys for Creator's Stained Glass, Inc.*

| 1 | Copies of the foregoing mailed or emailed |
| --- | --- |
| 2 | this 31st day of May, 2017, to: |
| 3 | Verdugo Enterprises, LLC |
| 4 | 2524 W. Fairmount Ave.<br>Phoenix, AZ 85017 |
| 5 | *Debtor* |
| 6 | Adam E. Hauf |
| 7 | Hauf Law, PLC<br>adam@hauflaw.com |
| 8 | *Attorneys for Debtor* |
| 9 | Patty Chan |
| 10 | Office of the U.S. Trustee<br>patty.chan@usdoj.gov |
| 11 | |
| 12 | Office of the U.S. Trustee<br>230 North First Ave., Ste. 204 |
| 13 | Phoenix, AZ 85003 |
| 14 | Jonathan P. Ibsen |
| 15 | Canterbury Law Group, LLP<br>jibsen@clgaz.com |
| 16 | *Attorneys for Petitioning Creditors* |
| 17 | |
| 18 | |
| 19 | /s/ Jessica Reeves |